No. 72–308. FITZHARRIS, WARDEN *v.* LOVE. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded with directions to dismiss case as moot. MR. JUSTICE STEWART and MR. JUSTICE MARSHALL would deny certiorari. 

No. A–557. ENDERS, DISTRICT ATTORNEY OF ONEIDA COUNTY, NEW YORK, ET AL. *v.* ESQUIRE THEATERS OF AMERICA, INC. D. C. N. D. N. Y. Application for stay of execution of judgment in case No. 72–CV–450 presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending disposition of case in the United States Court of Appeals for the Second Circuit.

No. A–605. HAMPTON, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. *v.* FITZGERALD ET AL. C. A. D. C. Cir. Motion of the Solicitor General to dissolve stay granted. [See *ante,* p. 1055.]

No. D–1. IN RE DISBARMENT OF KAHN. It having been reported to this Court that Frances Kahn of New York, New York, has been disbarred from the practice of law in all of the courts of the State of New York, and this Court by order of November 6, 1972 (*ante,* p. 974), having suspended the said Frances Kahn from the practice of law in this Court and directed that a rule issue requiring her to show cause why she should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent and that the time within which to file a return has expired;

IT IS ORDERED that the said Frances Kahn be, and she is hereby, disbarred from the practice of law in this Court and that her name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.